RECEIVED

FEB 14 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ERIC NICHOLS,<br>Plaintiff | CIVIL ACTION NO. 1:18-CV-00441 |
| VERSUS | JUDGE DRELL |
| WRIGHT NATIONAL FLOOD<br>INSURANCE CO.,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss (Doc. 7) is GRANTED. Nichols's state law claims are DISMISSED WITH PREJUDICE, as Nichols's claims under state law are preempted. Nichols's sole remaining claim is for breach of contract of the SFIP policy. 42 U.S.C. § 4072.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 13th day of January, 2019.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT